MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Quinshela Turner
(Please print)

STREET ADDRESS: 8051 So Dorchester

CITY/STATE/ZIP: Chicago IL 60619

PHONE NUMBER:

CASE NUMBER: 08CV4242
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

Signature

Date: 7/25/08

**FILED**

JUL 25 2008 TC
7-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT